ACCEPTED
14-14-00394-CR
FOURTEENTH COURT OF APPEAL:
HOUSTON, TEXAS
1/7/2015 11:46:53 AM
CHRISTOPHER PRIN
CLERK

IN THE COURT OF APPEALS
FOR THE FOURTEENTH SUPREME JUDICIAL DISTRICT
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/7/2015 11:46:53 AM

CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| ROBERT LUCHES PARISH | § | |
| Appellant | § | |
| | § | No. 14-14-00394-CR |
| VS | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | |

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW ROBERT LUCHES PARISH, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this Cause, and in support thereof would show the Court as follows:

I.

The Appellant in this Cause was convicted in the 178th District Court of Harris County, Texas in Cause No. 1416134 and 1416135. Appellant's Brief is due on or before January 5, 2015.

II.

Counsel has been advised by the Appellant, that he has additional issues he wants addressed in his Appellate brief. Appellant is in the process of developing those issues, and has advised counsel that he will forward them in a letter to counsel. Counsel has not yet received the letter from Appellant that list the issues he wants raised.

Appellant is hereby requesting an extension of time to file Appellant's Brief until February 5, 2015. This request is made in the interest of justice, and not for the purpose of delay.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's in this Cause until February 5, 2015.

RESPECTFULLY SUBMITTED,


/S/ Wilford A. Anderson
WILFORD A. ANDERSON
Attorney For Appellant
708 Main Street, Suite 790
Houston, Texas 77002
Tel (713) 229-0511
Fax (713) 229-8269
SBN 01232300


**CERTIFICATE OF SERVICE**

As Attorney of Record for Appellant, I do hereby certify that a true and correct copy of the above and foregoing document was this date provided to the State of Texas.

Date: January 5, 2015


/S/ Wilford A. Anderson
Wilford A. Anderson